appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before July 16, 1962. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hill, JJ., concur.

## (April 30, 1962)

■ PATRICIA M. LUDEMAN, Respondent, v. LOUIS H. LUDEMAN, Appellant. — Motion by respondent to vacate the existing stay of the order appealed from, granted; stay vacated in view of the decision herewith determining the appeal (*Ludeman* v. *Ludeman*, 16 A D 2d 703). Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ KATHLEEN MORRISSEY, an Infant, et al., Respondents, v. VINCENT ANTONELLIS et al., Appellants.— Motion by plaintiffs to withdraw their cross appeal based on the inadequacy of the amount of the judgment. Motion granted; cross appeal withdrawn. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ SYLVIA ZISMAN, Appellant, v. NEW YORK CITY TRANSIT AUTHORITY, Respondent.— Motion by defendant-respondent for leave to appeal to this court from an order of the Appellate Term, granted. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ DEVORAH BOOK, Appellant, v. NOAH A. BOOK, Respondent.— Motion by appellant for leave to appeal to the Court of Appeals denied. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.

■ EMMA H. JOHNSON, Respondent-Appellant, v. BOINE T. JOHNSON, Appellant-Respondent.— Motion by respondent-appellant to resettle order denied, with $10 costs. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ BERTIE REITER, on Behalf of Herself and All Other Stockholders Similarly Situated of Continental Realty Servicing Corp., Respondent, v. ABRAHAM GREENBERG et al., Appellants.— Motions by the Attorney-General of the State of New York and Association of Real Estate Syndicators, Inc., to file a brief as *amicus curiæ*, granted. Motion by respondent to dismiss appeal denied, on condition that appellants perfect the appeal and be ready to argue or submit it at the October Term, beginning October 1, 1962; appeal ordered on the calendar for said term. Appellants' brief and the briefs as *amicus curiæ* must be served and filed on or before August 20, 1962. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ LARMICIA WOOD et al., Appellants, v. UNITED AIR LINES, INC., Respondent, et al., Defendant.— Motion by appellants for leave to appeal to the Court of Appeals, denied. Beldock, P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ In the Matter of RESIN REALTY CORP., Respondent, v. JOSEPH J. LENNOX, as Commissioner of Assessment and Taxation of the Tax District Comprised of the City of Yonkers, et al., Appellants. In the Matter of AGNES HAMPTON et al., Respondents, v. JOSEPH J. LENNOX, as Commissioner of Assessment and Taxation of the Tax District Comprised of the City of Yonkers, et al., Appellants.— Motion by petitioners-respondents for leave to appeal to the Court of Appeals, denied. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM RINI, Appellant.— Motion by appellant *pro se,* in which his assigned counsel joins, to withdraw appeal, granted; appeal withdrawn. Beldock, P. J., Kleinfeld, Christ, Brennan and Rabin, JJ., concur.